IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF A MEMBER § | |
| OF THE BAR OF THE SUPREME § No. 242, 2017 | |
| COURT OF THE STATE OF § | |
| DELAWARE: § | |
| § | |
| EDWARD F. EVANS, § | |
| Petitioner. § | |

Submitted: June 14, 2017
Decided: June 23, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

### O R D E R

This 23rd day of June 2017, the Court has before it a petition for transfer to retirement status. The Office of Disciplinary Counsel does not oppose.

IT IS HEREBY ORDERED that under Supreme Court Rule 69, Petitioner is granted leave to transfer to retirement status. While on retirement status, Petitioner will not engage in any practice of law, compensated or uncompensated, including those areas of practice permitted for a "retired lawyer" in Rule 69. Should Petitioner request a transfer from retirement status, he must petition for reinstatement and prove by clear and convincing evidence the factors for reinstatement set forth in Disciplinary Procedural Rule 22(g).

BY THE COURT:

_____
Justice